NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL RE, and REBECCA RE,
INDIVIDUALLY and as NATURAL
PARENTS and LEGAL GUARDIANS
of K.R., a MINOR,

        Appellants,

v.

AMERICAN ECONOMY INSURANCE
COMPANY, and WOMEN'S CARE
FLORIDA, LLC d/b/a WOMEN'S CARE
TAMPA,

        Appellees.

Case No. 2D18-3496

Opinion filed October 30, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laurel M. Lee, Judge.

Tracy Raffles Gunn, Lee D. Gunn IV, and
Scott A. Arthur of Gunn Appellate Practice,
P.A., Tampa, for Appellant.

Jonathan R. Rosenn and Jeffrey S. Lapin of
Lapin & Leichtling, LLP, Coral Gables, for
Appellee.

PER CURIAM.

        Affirmed.

KELLY, MORRIS, and BADALAMENTI, JJ., Concur.